UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| DORRIS DOOLEY, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) No. 1:17-cv-01325-TWP-DML |
| SUPERINTENDENT, Indiana Women's Prison, | ) |
| Respondent. | ) |

**Entry Dismissing Action**
**And Directing Entry of Final Judgment**

Dorris Dooley filed this case on April 26, 2017, challenging prison disciplinary action imposed against her in disciplinary case number IWP 16-11-0210. Respondent subsequently moved to dismiss the case, showing that Dooley's disciplinary sanctions had been reduced and that she no longer suffered a grievous sanction. Therefore, respondent asserts there is no case or controversy before the Court.

When Dooley did not respond to the motion to dismiss, the Court by Entry docketed October 2, 2017, directed her to file a response to the motion no later than October 16, 2017, otherwise the motion would be addressed as unopposed. No response has been filed. Respondent's unopposed motion to dismiss, on the grounds that the disciplinary sanction against Dooley has been reduced to a non-grievous sanction, dkt. [15], is **granted.**

"A case becomes moot when it no longer presents a case or controversy under Article III, Section 2 of the Constitution." *Eichwedel v. Curry*, 700 F.3d 275, 278 (7th Cir. 2012). "In general a case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." *Id.* (citation and quotation marks omitted). A federal court

may issue a writ of habeas corpus pursuant to 28 U.S.C. § 2254 only if it finds the applicant "is *in custody* in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a) (emphasis added). Therefore, a habeas action becomes moot if the Court can no longer "affect the duration of [the petitioner's] custody." *White v. Ind. Parole Bd.*, 266 F.3d 759, 763 (7th Cir. 2001).

Here, Dooley's grievous sanctions were vacated and non-grievous sanctions imposed, thus there is no longer anything extending the duration of her custody. Accordingly, this habeas action is moot. *See id.* An action which is moot must be dismissed for lack of jurisdiction. *See Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998). **This action is dismissed** for lack of jurisdiction.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 10/18/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dorris Dooley
259567
Indiana Womens Prison
Inmate Mail/Parcels
2596 Girls School Road
Indianapolis, In 46214

Electronically Registered Counsel